IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

VS.

THE ESTATE OF SADI RUIZ RAMOS, et al

CR/CIV/MISC 97-1398 CCC

## DESCRIPTION OF MOTION

**DATE FILED:** 11-2-99   **DOCKET:** 30   **TITLE:** Motion for Withdrawal of Funds

[X] Plaintiff(s)   [ ] _____
[ ] Defendant(s)

### O-R-D-E-R

_X_ GRANTED.           __ DENIED.

__ MOOT.              __ NOTED.

RECEIVED & FILED 1999 NOV 12 PM 3:27 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

**OTHER:**

s/c: N. Vargas — Finance
X. Gonzalez
J. Esteves

NOV 12 1999

11-10-99
DATE

CARMEN CONSUELO CEREZO
United States District Judge